FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2008 JAN 16 PM 1:27

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN RE: LETTERS ROGATORY FROM
HANAU DISTRICT COURT
REGARDING DANIEL J. BAKER

No: 8:08-mc-0003-T-26-TGW

_____/

### ORDER

This cause comes before the Court on the United States' *Application for Order Under 28 U.S.C. § 1782(a)*, wherein the United States seeks to have an Assistant United States Attorney appointed as a Commissioner under 28 U.S.C. § 1782(a) for the purpose of gathering the requested blood sample and taking all other necessary actions to render the assistance requested in the Letters Rogatory issued by the Hanau District Court pursuant to the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555, TIAS No. 7444.

The United States has submitted the original German-language Letters Rogatory, together with an English translation thereof. The United States has also satisfied the Court that Hague Evidence Convention has been entered into force between the United States of America and Germany.

Upon consideration of the foregoing, it is hereby **ORDERED and ADJUDGED**:

1. The United States' *Application for Order Under 28 U.S.C. § 1782(a)* is **GRANTED**.

2. Pursuant to 28 U.S.C. § 1782(a), Assistant United States Attorney Jennifer W. Corinis is appointed as a Commissioner for the purpose of rendering assistance as requested in the Letters Rogatory issued by the Hanau District Court. Said Commissioner's powers shall include the ability to obtain any requested evidence (including a blood sample), as well as to administer such oaths, take such testimony or statements, seek issuance of such subpoenas or further Orders, and take such other actions as are necessary to render the assistance requested by the German Court.

**DONE AND ORDERED**, at Tampa, Florida, this __16__ day of __January__, 2008.

_____
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

2